# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HANSON, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>XPRESS WEB MARKETING,<br><br>                        Defendant. | Case No.: 20-CV-448-CAB-LL<br><br>**ORDER OF DISMISSAL** |

On June 10, 2020, this Court issued an Order to Show Cause ("OSC") regarding why this case should not be dismissed for failure to prosecute. [Doc. No. 3.] The OSC required Plaintiff to respond in writing by July 1, 2020, or the case would be dismissed for failure to prosecute. *Id*. The deadline has since passed, and no response has been filed. Therefore, the case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE** this case.

      **IT IS SO ORDERED.**

Dated: July 6, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge